# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Sumter Division

Julian Anderson

Plaintiff

_____

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

GARY VENUTO, KAREN MERCAIDO, GERMAN AIZATE HERRERA, SIMONA COOKE, "See attached"

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:22-CV-692
*(to be filled in by the Clerk's Office)*

FILED 2022 DEC 30 PM 2:15
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name:** Julian Anderson
- **All other names by which you have been known:**
- **ID Number:** 60065-060
- **Current Institution:** Coleman 2 U.S. Penitentiary
- **Address:** P.O. Box 1034
  - City: Coleman
  - State: FL
  - Zip Code: 33521

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Gary Venuto
- Job or Title *(if known)*: MD
- Shield Number: N/A
- Employer: Federal Bureau of Prisons
- Address: 846 NE 54th Terrace
  - City: Coleman
  - State: FL
  - Zip Code: 33521
- [ ] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: Karen Mercaldo
- Job or Title *(if known)*: RN/IOP/IDC/AHSA
- Shield Number: N/A
- Employer: Federal Bureau of Prisons
- Address: 846 NE 54th Terrace
  - City: Coleman
  - State: FL
  - Zip Code: 33521
- [ ] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name: Simon a Cooke
- Job or Title (if known): RN/IDC/IOP
- Shield Number: N/A
- Employer: F.B.O.P Federal Bureau of prisons
- Address: 846 NE 54Th Terrace
  Coleman, FL 33521
  City / State / Zip Code
- [ ] Individual capacity  [✓] Official capacity

Defendant No. 4
- Name: German Herrera
- Job or Title (if known): PA-C
- Shield Number: N/A
- Employer: F.B.O.P Federal Bureau of prisons
- Address: 846 NE 54Th Terrace
  Coleman, FL 33521
  City / State / Zip Code
- [ ] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[✓] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

B. Defendent(s) Attachment

Defendant No. 5
Name: Stephens-Clement
Job or title: Associate Warden
Shield Number: N/A
Employer: Federal Bureau of Prisons
Address: 846 NE 54th Terrace
City: Coleman   State: FL   Zip code: 33521
☑ individual capacity    ☑ offical capacity

Defendant No. 6
Name: D. Jones
Job or title: Case Manager
Shield Number: N/A
Employer: Federal Bureau of Prisons
Address: 846 NE 54th Terrace
City: Coleman   State: FL   Zip code: 33521
☑ indivival capacity    ☑ official capacity

8TH Admement Deliborate Idiffrence

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☑ Convicted and sentenced federal prisoner
☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

[scribbled out]

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

They arouse: J1-Unit 1/25/21, Initial Contact Date: 1/27/21, Initial Encounter Dates: Medical Department 2/1/21, 3/1/21

C. What date and approximate time did the events giving rise to your claim(s) occur?

Initial contact Date: 1/27/21, Approximate time 8:30 - 10:00 PM AM

Acual Encounter Date: 2/1/21, Approximate 10:30 and 11:00 AM

Fictitious Encounter Date: 1/25/21 Time 13:50

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On 1/25/21 I Recived the dose of Moderna covid-19 vaccine it was addministerd by RN/LDC/IOP Simona Cooke. Afther the 15 minute wait protocal I was cleared by Nurse Cooke. I was sent Back to my cell. On 1/27/21 I reported the server ellergic Reaction to the Moderna Covid-19 Vaccine, and on 1/27/21 I was Delayed medical Treatment by the Medical Department. Witness to the event C.o Gramps, C.o Nittolo, Consoler, Brazill MD Gary Venuto Denied me Hospitalization on 2/1/21 from a server ellergic reaction to the Moderna covid-19 vaccine. Afther a 4 week delay I was sent to Lessborg Hospital emergancy room on 3/1/21. And I addmited to the hospital Reason: Server ellergic reaction Due to Covid vaccine. (See Attachment)

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Direct result of delayed Medical Treatment X 4 weeks caused further unessary Pain, and suffering to the server ellergic reaction Substaned by the Moderna covid-19 vaccine: Hypertension, Server ellergic reaction, Hyperkeratosis, Hypergranulosis, Acanthosis with spongiosis, and a superficial, and deep perivascular lymphocytic infiltate with plasma cells. Lymph: Diffusely enlarged lymph Nodes in bilateral inguinal chain, single enlarge Node Left supraclavicular chain. In correlation with delayed Medical Treatment 1/27/21, and untreated ellergic Rash that Covers 90% of body consistent with Drug reaction! All Recomendations maid by Brian Bonomo, PA-C of Suncoast Dermatology & skin surgury center 525 N Dacie Pt Lecanto, FL 34461 to treat the server ellergic Eczema, Atopic Dermatitis Due to the Moderna covid-19 vaccine, ellergic reaction He recomened "Dupilen as a safe treatmen. This Treatmen was Blocked by FBOP central pharmacy I have recived NOT Treatmen for the server ellergic Rash, All Attempts to treat me has been Blocked by either Gary Venuto or central Pharmacy. No Treatment Recived.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(See Attachments)

Page 6 of 14

## Section D. Attachment:

Karen Mercaldo RN/IOP/IDC/AHSA Had First hand Knowledge of my server ellergic to the Moderna covid-19 vaccine. Over the Month of Febuary via cop-outs, and verbal request for help, and Hospitalization Karen Mercaldo abandond Her Dutys as RN/IOP/IDC/AHSA, and CDC Guidlines, and Vaccination Protocals. Karen Mercaldo inaction to Provid me Hospitalization, and Further delay of Medical treatment Knowins the event was out of the Medical Department scope.   Medical Records:
Due to Gary Venuto MD, German Herrera PA-c, Simona Cooke RN/IDC/IOP cover up! of my medical records under the color of law there are NO! records of me being seen on the Acual-Intial Encounter Date of 2/1/21.
Manipulation of Medical Records: Prescribe Prescription Date Dated 1/25/21 Day of Vaccination. Manipulation to Medical records Intial Encounter Date Dated 1/25/21 seen by German Herrera time stamped 13:50 Location Medical Department COSign by Gary Venuto MD, on 1/25/21 time stamped 14:02.
I did not report the server ellergic Reaction to the Moderna covid-19 vaccine intel 1/27/21, and was not seen for the Reaction to the vaccine intel 2/1/21.
On 3/1/21 I was able to seek definitive Help for the second time because of "Grab and Go" Modtified Luch Move with out this Move I would Have been Lock in my suffering from my Injurys to the vaccine, and the delay of Hospitalization On 3/1/21 Location Luch Hall I approched Associate Warden Clemens for Help I explained to her my struggles over the Month of Febuary, and I Needed emergency help at once! I informed her that I don't Know how much more my body could take. And I Needed to be Hospitalized immediately! Please use your executive power to get Medical to send me to the hospital for treatment, because I have been ignored by the Medical Department. Since the First of Febuary. When I told them about my server ellergic reaction to the Moderna covid-19 vaccine. I began to show Warden Clemens Sections of my Injury's, at that Point Warden Clemens began to Speak into the Ear of a Man by the Name of D. Jones, in Which he replied for Warden Clemens "Go back to Your unit, File a BP-8, go through the administrative Process then File a BP-9, and at that Point Associate Warden Clemens will address You". Associate Warden Clemens, and Case Manager D. Jones Denied me Hospitalization or any Help for the Matter Even a Layperson could see I Neededhelp From my Injury's Associate Warden Clemens look at me and Said it's Medicals Problem on 3/1/21.
Associate Warden Clemens, case Manager D. Jones FAIld to assist me in seeking Medical Attention!, and abandon there Dutys to Protect the incarcerated.

## VI. Relief Attachment(s)

I want the court to Award compensatory damages in the amounts:

$20,00,000 jointly and serverally against defendants Gary Venuto, Karen Mercaldo, German Alzate Herrera, Simona Cooke, Stephens-Clements, D. Jones for the Physical and emotional Injuries sustained as a result of the Plaintiff's Delayed Medical care and Proper Medical treatment.

The Delayed Medical Attention resulted into serious Physical (Perment in life term) Injuries, Including, but Not Limited to, Severe ellergic reaction to Moderna Covid-19 Vaccine, Hypertension, Hyparkeratosis, Hyabronutosis, Acanthosis with Spongiosis, and a Superficial and Deep Perivasclar lymphocytic infiltrate with Plasma Cells. Lymph: Diffusely enlarged lymph Nodes in bilateral inguinal Chain, single enlarge Node Left Supraclavicular chain.

The delayed Medical Attention also resulted into the Mental Health Injuriess including, but not limited to, Enxity, depression, enbearasment

I want the court to Award Punitive damages in the following Amounts:

$40,000.00 each against defendants Gary Venuto, Karen Mercaldo, German Alzate Herrera, Simona Cooke, Stephens-Clements, D. Jones.

Grant such other relief as it may appear that Plaintiff is entittled.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Coleman 2 U.S Penitentiary Fcc,

Coleman 2 FCC
P.o Box 1034
Coleman FL, 33521

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   At Coleman 2 U.S. Penitentuary P.O. Box 1034 Coleman FL, 33521

2. What did you claim in your grievance?

   Failar to Provide Timely Adequate medical Attention.

3. What was the result, if any?

   Not Informeuy Resolved

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Southeast regional office redection reason: submit one Letter size continuation page 4 Needs 3 continuation Pages to explain the events. So I Appealed to the Central Office They rejected my Plea for Help rejection reason: concore with ratinoue of regional office and/or institution for redection notice. I did so and was rejected again reason: I was untimelly in all my efforts to seek further medical treatment for my illness and injurys where shut down and not Acknowledged by the Grievance system at any Level what so ever still in Need of medical treatment.

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   _____

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. (Exhibit #1 Exhaustion package), (Exhibit #2 reason for rejection event complaint Three continuation pages).

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: Julian Anderson
Prison Identification #: 60065-060
Prison Address: Coleman 2 U.S. Penitentuary P.O. Box 1034
Coleman, FL 33521

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
          City ____ State ____ Zip Code
Telephone Number: _____
E-mail Address: _____